IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| KELLY TAYLOR | § |
| | § |
| VS. | § CIVIL ACTION NO. 4:12-CV-780-Y |
| | § |
| LEZAMA, LESTER, & ASSOCIATES, | § |
| LLC, et al. | § |

## FINAL JUDGMENT

In accordance with Plaintiff's notice of dismissal (doc. 14) and Federal Rule of Civil Procedure 41(a), all claims in the above-styled and -numbered cause are DISMISSED WITH PREJUDICE. Each party shall bear its own costs.

SIGNED April 30, 2013.

*Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE