```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF TEXAS
                   FORT WORTH DIVISION
```

| | | |
|---|---|---|
| KELLY TAYLOR | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:12-CV-780-Y |
| | § | |
| LEZAMA, LESTER AND ASSOCIATES, | § | |
| LLC | § | |

## ORDER REGARDING PLAINTIFF'S
## MOTION TO ENFORCE SETTLEMENT AGREEMENT

Before the Court is Plaintiff's Motion to Enforce the Settlement Agreement (doc. 16). In the motion, Plaintiff explains that she and Defendant entered into a binding settlement agreement to resolve this case but that Defendant has failed to comply. Plaintiff asks the Court to order Defendant to pay the sums required under the settlement agreement and otherwise abide by its terms.

After review, the Court concludes that it should afford the parties one final opportunity to resolve this dispute before ruling on the motion. And to facilitate such resolution, the Court DIRECTS Plaintiff to serve a copy of her motion and this order on Defendant and to file proof of such service no later than **July 26, 2013.** If the parties are able to completely resolve this dispute, Plaintiff shall notify the Court in writing as soon as possible, but not later than **August 7,** that the motion should be rendered moot. If the parties are unable to resolve the dispute, Defendant shall have until **August 14** to file a response to Plaintiff's motion.

Should Defendant fail to timely file a response, the Court will treat Plaintiff's allegations as unopposed and rule on the motion accordingly. Any reply to Defendant's response must be

filed in accordance with Rule 7.1(f) of the local civil rules of this Court.

SIGNED July 11, 2013.

_/s/ Terry R. Means_
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

TRM/dc