**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| Kelly Taylor,<br><br>　　　　　　　　　Plaintiff,<br>　　v.<br><br>Lezama, Lester & Associates, LLC,<br><br>　　　　　　　　　Defendant. | Civil Action No.:  4:12-cv-00780-Y |

## NOTICE OF SETTLEMENT

　　　　Pursuant to the Court Order dated July 11, 2013 (Dkt. No. 20), Plaintiff hereby gives notice that the parties have reached a resolution to effectuate the provisions of the binding Settlement Agreement. Defendant will satisfy the agreement over time and pursuant to the settlement agreement, the parties agree that the court will retain jurisdiction to enforce the terms of the settlement agreement if necessary.  Accordingly, Plaintiff's Motion to Enforce the Settlement Agreement (Dkt. No. 16) should be rendered as moot.

Dated: August 7, 2013

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　By  */s/ Jody B. Burton*

　　　　　　　　　　　　　　　　　　　　　　Jody B. Burton, Esq.
　　　　　　　　　　　　　　　　　　　　　　Bar No.: 71681
　　　　　　　　　　　　　　　　　　　　　　LEMBERG & ASSOCIATES L.L.C.
　　　　　　　　　　　　　　　　　　　　　　1100 Summer Street, 3rd Floor
　　　　　　　　　　　　　　　　　　　　　　Stamford, CT 06905
　　　　　　　　　　　　　　　　　　　　　　Telephone: (203) 653-2250
　　　　　　　　　　　　　　　　　　　　　　Facsimile:  (203) 653-3424
　　　　　　　　　　　　　　　　　　　　　　E-mail: jburton@lemberglaw.com
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2013, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Northern District of Texas Electronic Document Filing System (ECF) and that the document is available on the ECF system. A copy of such was mailed to the following party listed below:

Lezama, Lester & Associates, LLC
2216 West Meadowview Road, Suite 205
Greensboro, NC 27407

By  */s/ Jody B. Burton*
Jody B. Burton