# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| Kelly Taylor, | : |
| Plaintiff, | : Civil Action No.: 4:12-cv-00780-Y |
| v. | : |
| Lezama, Lester and Associates, LLC, | : |
| Defendant. | : |

## PLAINTIFF'S RENEWED MOTION TO ENFORCE
## THE SETTLEMENT AGREEMENT

Plaintiff, Kelly Taylor, by and through her undersigned counsel, hereby respectfully requests that the Court enforce the parties' fully executed settlement agreement and order Defendant to comply with its terms forthwith. In support of this motion, Plaintiff submits the annexed Memorandum of Law and Declaration of Jody B. Burton, Esq.

Dated: October 16, 2013                    Respectfully submitted,

                                                */s/ Jody B. Burton*
                                                Jody B. Burton, Esq.
                                                Lemberg & Associates, LLC
                                                14785 Preston Road, Suite 550
                                                Dallas, TX 75154
                                                Tel: (203) 653-2250
                                                Fax: (203) 653-3424
                                                jburton@lemberglaw.com
                                                *Attorneys for Plaintiff*

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1, I certify that, on September 19, 2013, I conferred with Defendant regarding the relief requested in this motion. Defendant opposes such relief.

                                                     */s/ Jody B. Burton*
                                                     Jody B. Burton, Esq.

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that, on October 16, 2013, a true and correct copy of the foregoing Renewed Motion to Enforce the Settlement Agreement and supporting documents was filed electronically by the U.S. District Court for the Northern District of Texas Electronic Document Filing System (ECF). A copy of this Notice was sent via First Class Mail, postage-pre-paid, to the following party:

Lezama, Lester & Associates, LLC
2216 West Meadowview Road, Suite 205
Greensboro, NC 27407

                                                     */s/ Jody B. Burton*
                                                     Jody B. Burton, Esq.